UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :
:
v.  :
:  4:CR21-314
HARVEY DULGAR,  :
:
Defendant  :

## INDICTMENT

**THE GRAND JURY CHARGES:**

FILED
WILLIAMSPORT
OCT 14 2021
PER _____
DEPUTY CLERK

### COUNT 1
### 18 U.S.C. § 875(c)
### Interstate Communication of Threats

On or about July 2, 2021, in Montgomery, Lycoming County, PA within the Middle District of Pennsylvania, and elsewhere, the defendant,

**HARVEY DULGAR,**

knowingly and willfully transmitted in interstate and foreign commerce a threatening communication to others, that is, a communication via a telephone call from the State of Oregon to Montgomery, Pennsylvania, containing a threat to injure the person of another, specifically, a threat to burn the school and kill students at the Montgomery Area School District.

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

10/14/21

GRAND JURY FOREPERSON

BRUCE D. BRANDLER
ACTING UNITED STATES ATTORNEY

Dated: 10/14/21

BY: GEOFFREY W. MacARTHUR
Assistant United States Attorney

2